**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CLARENCE L DUNSON,

    Plaintiff,

v.                                        CASE NO. 5:11cv322-MP-CJK

CAPTAIN MCKINNEY, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 18, 2011. (Doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. The motion to appoint counsel, Doc. 12, is denied.

    **DONE and ORDERED** this 9th day of January, 2012.

                                                *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**